IN THE UNITED STATES FEDERAL DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

REBECCA E. REEVES AND
JAMES REEVES                                                                PLAINTIFFS

V.                                          CIVIL ACTION NO.: 5:09CV208-DCB-JMR

K. MAXWELL GRAVES, JR.,
WALTER F. BEESLEY AND
GRAVES AND BEESLEY ATTORNEYS AT LAW                     DEFENDANTS

## ORDER GRANTING MOTION FOR PARTIAL SUMMARY JUDGMENT

This matter has come before the Court on Defendants, K. Maxwell Graves, Jr., Walter F. Beesley and Graves & Beesley, LLC's Motion for Partial Summary Judgment on the Plaintiffs' claims of intentional inflectional of emotional distress and the "tort of outrage". [Docket No. 8]. Having considered the Motion, and having been advised that the Plaintiffs do not oppose the Motion, the Court finds the Defendants' motion well-taken, and concludes that it should be granted. It is therefore,

ORDERED AND ADJUDGED, that the Defendants' Motion for Partial Summary Judgment [Docket No. 8] is granted, and the Plaintiffs' claims for intentional infliction of emotional distress and the tort of outrage are dismissed with prejudice.

SO ORDERED, this the 28th day of June, 2010.


                                                          s/David Bramlette
                                                    UNITED STATES DISTRICT COURT JUDGE

APPROVED:

/s/ Todd A. Coker
Todd A. Coker, Esq.(MS Bar No. 99134)
300 Maxey Drives
Brandon, MS 39043
T.:(601)941-5417
F.: (601) 824-9864
*Attorney for Plaintiff*


/s/ Kyle S. Moran
James G. Wyly, III (MS Bar No. 7415)
Kyle S. Moran (MS Bar No. 10724)
PHELPS DUNBAR LLP
NorthCourt One ● Suite 300
2304 19th Street
Gulfport, Mississippi 39501
T: (228) 679-1130
F: (228) 679-1131
*Attorney for Defendants*
*K. Maxwell Graves, Jr.,*
*Walter F. Beesley and*
*Graves and Beesley, LLC*